IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br>1000 Massachusetts Ave. NW<br>Washington, D.C. 20001<br><br>   **Plaintiff,**<br><br>    v.<br><br>U.S. SECRET SERVICE,<br>950 H Street NW, #7800<br>Washington, D.C. 20223<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br>2707 Martin Luther King Jr. Ave SE<br>Washington, D.C. 20528<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff, CATO INSTITUTE, brings this Freedom of Information Act suit to force Defendants U.S. SECRET SERVICE and U.S. DEPARTMENT OF HOMELAND SECURITY to comply with Plaintiff's FOIA request for intelligence reports on groups that identify as or are considered by Defendants to be anarchists or anti-fascists. In violation of the Freedom of Information Act, Defendants have failed to issue a determination, provide an estimated completion date, or produce the records promptly.

## PARTIES

2. Plaintiff CATO INSTITUTE is a public policy research organization—a think tank—dedicated to the principles of individual liberty, limited government, free markets, and

peace. Its scholars and analysts conduct independent, nonpartisan research on a wide range of policy issues.

3. Defendant U.S. SECRET SERVICE (the "SECRET SERVICE") is a component of U.S. DEPARTMENT OF HOMELAND SECURITY and a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## SEPTEMBER 22, 2020 FOIA REQUEST

7. On September 22, 2020, CATO INSTITUTE submitted a FOIA request to the SECRET SERVICE for records regarding "Secret Service intelligence reports (raw or finished intelligence products) that mention" Anarchists (either individuals, groups, or collectives), Anti-fascists (a.k.a. Antifa) (either individuals, groups, or collectives), and Youth Liberation Front. The time frame of the search is from September 11, 2011, to the date of the request. Ex. 1.

8. On September 25, 2020, the SECRET SERVICE acknowledged receipt of the request, assigned reference number 20201095 to the matter, and sought a ten-day extension. Ex. 2.

9. On September 29, 2020, the SECRET SERVICE claimed that the "request is too broad in scope to search, or that [the] request did not specifically identify the records." Ex. 3.

10. On September 30, 2020, CATO INSTITUTE stated that the original request reasonably described the records and asked the SECRET SERVICE to process the request. Ex. 4.

11. On October 13, 2020, the SECRET SERVICE stated that based on its "preliminary review" of its record systems, it would have to "review thousands of the agency files in an attempt to identify and process those records" responsive to the request. Ex. 5.

12. On October 20, 2020, CATO INSTITUTE appealed the SECRET SERVICE's October 13, 2020 response. In its appeal, to aid the SECRET SERVICE's search, CATO INSTITUTE narrowed the scope of the request and provided a list of 42 groups. Ex. 6.

13. On December 1, 2020, the SECRET SERVICE acknowledged receipt of the appeal. The SECRET SERVICE also accepted the narrowed scope of the request and indicated that "a search for responsive documents can be conducted." Ex. 7.

14. On March 22, 2022, the SECRET SERVICE stated that it "conducted a reasonable search for all potentially responsive documents" and located records, which "will be processed." Ex. 8.

15. On March 29, 2022, CATO INSTITUTE sought an estimated date of completion for the request. Ex. 9.

16. On March 30, 2020, the SECRET SERVICE stated that it is not "able to provide an estimated date of completion" because "the search for documents responsive to [the] request produced a voluminous amount of potentially responsive records." Ex. 10.

17. As of the date of this filing, the SECRET SERVICE has failed to produce records responsive to the request. Nor has the SECRET SERVICE complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

## COUNT I – DEFENDANTS' FOIA VIOLATION:
## FAILURE TO ISSUE A DETERMINATION

18. The above paragraphs are incorporated herein.

19. The request seeks the disclosure of agency records and was properly made.

20. The SECRET SERVICE, a component of DHS, is a federal agency and subject to FOIA.

21. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

22. The SECRET SERVICE has failed to issue a determination.

## COUNT II – DEFENDANTS' FOIA VIOLATION:
## FAILURE TO PRODUCE RECORDS

23. The above paragraphs are incorporated herein.

24. The request seeks the disclosure of agency records and was properly made.

25. The SECRET SERVICE, a component of DHS, is a federal agency and subject to FOIA.

26. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

27. The SECRET SERVICE has failed to produce records responsive to the request.

**WHEREFORE**, CATO INSTITUTE asks the Court to:

   i. declare that Defendants have violated FOIA;

   ii. order Defendants to conduct a reasonable search for records;

   iii. order Defendants to produce all non-exempt records responsive to the request or portions of records promptly;

   iv. enjoin Defendants from withholding non-exempt public records under FOIA;

   v. award CATO INSTITUTE attorneys' fees and costs; and

      vi.    award any other relief the Court considers appropriate.

Dated: May 2, 2022

                                                RESPECTFULLY SUBMITTED,

                                                /s/ *Matthew V. Topic*

                                                Attorney for Plaintiff,
                                                CATO INSTITUTE

                                                Matthew Topic, D.C. Bar No. IL 0037
                                                Josh Loevy, D.C. Bar No. IL0105
                                                Merrick Wayne, D.C. Bar No. IL 0058
                                                Shelley Geiszler D.C. Bar No. IL 0087
                                                LOEVY & LOEVY
                                                311 North Aberdeen, 3rd Floor
                                                Chicago, IL 60607
                                                312-243-5900
                                                foia@loevy.com