September 22, 2020

VIA ELECTRONIC MAIL:

Communications Center (FOIA/PA)
245 Murray Lane
Building T-5
Washington, D.C. 20223

To the responsible FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request records (as defined in 44 U.S.C. § 3301) regarding Secret Service intelligence reports (raw or finished intelligence products) that mention the following:

- Anarchists (either individuals, groups or "collectives")
- Anti-fascists (a.k.a. Antifa) (either individuals, groups or "collectives")
- Youth Liberation Front

The date range of this request is September 11, 2001 to the date of this request. SCOPE NOTE: This request applies solely to Secret Service records. For purposes of this request, other government agency (OGA) records on the above topics may be considered non-responsive.

In order to help to determine my status to assess fees, you should know that I am a Research Fellow and scholar at the Cato Institute, an IRS-recognized 501(c)(3) nonprofit educational and public interest organization. As I am employed by an educational or noncommercial scientific institution, this request is made for a scholarly or scientific purpose and not for a commercial use. I request a waiver of all fees for this request.

Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

Whenever possible, please provide the requested information in electronic Portable Document Format (PDF).

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

I would appreciate your communicating with me by email or telephone, rather than by mail. My email address is peddington@cato.org and my cell number is 571-215-3468.

Please provide expedited processing of this request which concerns a matter of urgency. As a Research Fellow, my job is disseminating information. The public has an urgent need for information about potential Secret Service monitoring of anarchists or Antifa elements in potential violation of the Fourth Amendment and the Supreme Court decision in *Brandenburg v. Ohio* (395 U.S. 444 (1969)). Federal government domestic surveillance activities are a source of media stories on literally a weekly basis, making this a very high-profile topic of intense public and Congressional interest.

As a Cato scholar, I meet the statutory definition of a "representative of the news media" per Cause of Action v. F.T.C., 799 F.3d 1108 (D.C. Cir. 2015) as Cato and its scholars (1) gather information of potential interest (2) to a segment of the public; (3) use editorial skills to turn the raw materials into a distinct work; and (4) distribute that work (5) to one or more audiences.

Cato publishes a range of materials:

- Cato@Liberty blog: https://www.cato.org/blog

- Cato Commentary: https://www.cato.org/commentary which includes op-eds and articles written by Cato scholars and staff.

- Cato Publications: https://www.cato.org/publications which include a range of Policy Analysis papers, white papers, and other products.

- Cato Books: https://www.cato.org/archives/type/books the book publishing arm of the Cato Institute.

- Cato Multimedia: https://www.cato.org/archives/type/multimedia/category/9393 which features radio, television and podcast appearances by Cato scholars and staff.

Accordingly, on Cato's behalf I ask for expedited processing on that basis. I certify that my statements regarding the need for fee waivers and expedited processing are true and correct to the best of my knowledge and belief. I look forward to your determination regarding my request for expedited processing within 10 calendar days, as the statute requires. Thank you for your assistance.

Sincerely,

Patrick G. Eddington
Research Fellow
Cato Institute
5106 Southampton Drive
Annandale, VA 22003
571-215-3468 (cell)
peddington@cato.org

Exhibit 2



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act & Privacy Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:   September 25, 2020

Patrick Eddington
5106 Southhampton Drive
Annandale, VA 22003
peddington@cato.org

File Number:   20201095

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on September 23, 2020, for information pertaining to Secret Service intelligence reports (raw or finished intelligence products) that mention the following:

- Anarchists (either individuals, groups or "collectives")
- Anti-fascists (a.k.a. Antifa) (either individuals, groups or "collectives")
- Youth Liberation Front

The date range of this request is September 11, 2001 to the date of your FOIA request.

Please be advised, your request for a fee waiver will be held in abeyance pending the quantification of responsive records.  The FOIA regulations, Title 6 C.F.R., Chapter I, Part 5 § 5.11(k)(2)(3), set forth six factors to examine when determining whether the applicable legal standard for a fee waiver has been met.  We will consider these factors in our evaluation of your request for a fee waiver:

1) Whether the subject of the requested records concerns "the operations or activities of the government;"
2) Whether the disclosure is "likely to contribute" to an understanding of government operations or activities;
3) Whether disclosure of the requested information will contribute to the understanding of the public at large, as opposed to the individual understanding of the requestor or a narrow segment of interested persons;
4) Whether the contribution of public understanding of government operations or activities will be "significant;"
5) Whether the requester has a commercial interest that would be furthered by the requested disclosure; and

6) Whether the magnitude of any identified commercial interest to the requestor is sufficiently large in comparison with the public interest in disclosure, that disclosure is primarily in the commercial interest of the requestor.

In the event that your fee waiver is denied, we shall charge you for the records in accordance with FOIA regulations as they apply to "educational" requesters. The first 100 pages of duplication are free of charge. As an "educational" requester, you will be charged .10 cents a page for the duplication of each additional page.

Furthermore, the submission of your request is viewed as an agreement, by you, to pay duplication and search time costs up to $25.00. A search for files responsive to your request is being conducted. The appropriate components of the Secret Service are being queried for responsive documents. If any responsive records are located, they will be reviewed for a disclosure determination. You will be contacted before any additional fees are accrued.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. As your request seeks documents that will require a thorough and wide-ranging search, the Secret Service will invoke a 10-day extension for your request pursuant to 6 C.F.R., Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner. Additionally, per Section 5.5(a) of the FOIA regulations, 6 C.F.R, Chapter I, Part 5, Secret Service processes FOIA requests according to their order of receipt.

Your request has been assigned FOIA File No. 20201095. We solicit your cooperation and assure you that the search will be conducted as expeditiously as possible. To check the status of your FOIA request, please contact this office at (202) 406-6370.

Please use the file number indicated above in all future correspondence with this office.


Thank you,

Freedom of Information Act & Privacy Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Washington, DC  20223
Phone: (202) 406-6370
Fax: (2020 406-5586
Email: FOIA@USSS.DHS.GOV

Exhibit 3



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, S.W., Building T-5
Washington, D.C. 20223

Date: September 29, 2020

Patrick Eddington
5106 Southhampton Drive
Annandale, VA 22003
Email: peddington@cato.org

File Number:   20201095

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on September 23, 2020, for information pertaining to Secret Service intelligence reports (raw or finished intelligence products) that mention the following:

•       Anarchists (either individuals, groups or "collectives")
•       Anti-fascists (a.k.a. Antifa) (either individuals, groups or "collectives")
•       Youth Liberation Front

The date range of this request is September 11, 2001 to the date of this request.

We have determined that your request is too broad in scope to search, or that your request did not specifically identify the records which you are seeking.  Records must be described, in reasonably sufficient detail, to enable Secret Service employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency. A shorter timeframe and the specific demonstrations would aid us in conducting a search.

Pursuant to the FOIA regulations, 6 C.F.R., Part 5, Subpart A § 5.3(b), you are required to describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort.  Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipient, and subject matter of the record.  If known, you should include any file designations or descriptions for the records that you want.  As a general rule, the more specific you are about the records or type of records that you want, the more likely our agency will be able to locate those records in response to your request.

The FOIA does not require an agency to either create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.  Agencies are required to provide access to reasonably described, non-exempt records.

As you have failed to reasonably describe the records you are seeking, your request is not a "perfected" request, and we are unable to initiate a search for responsive records.  To assist you, please click the link below to access the Department of Homeland Security (DHS) regulations [6 CFR, Chapter I, Part 5, Subpart A] implementing certain provisions of the Freedom of Information Act of 1986, relating to the proper form for making a FOIA request.

DHS FOIA Regulations: http://www.dhs.gov/xlibrary/assets/FOIA_FedReg_Notice.pdf
Please be advised, this is not a denial of your request.  Please resubmit your request containing a reasonable description of the records you are seeking.  Upon receipt of the required information, you will be advised of the status of your request.  Failure to respond, within thirty (30) days from the date of this letter, will result in the administrative closure of your file.

Your request has been assigned FOIA File No. 20201095.  If you have any questions or would like to discuss this matter, please contact this office at (202) 406-6370.  Please refer to the file number indicated above in all correspondence with this office.


Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Washington, DC 20223
Phone: (202) 406-6370
Fax: (202) 406-5586
Email: FOIA@USSS.DHS.GOV

VIA ELECTRONIC MAIL

September 30, 2020

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW
Building T-5
Washington, DC 20223

Subject: FOIA File No. 20201095

To the responsible FOIA officer

The agency's September 29, 2020 response to FOIA File No. 20201095, which seeks intelligence-related records on anarchists and Antifa individuals, groups or "collectives", as well as any report on the Youth Liberation Movement, suggests that my request was too broad to undertake a search. I disagree. To be valid, a request need only "reasonably describe" the records it seeks so that knowledgeable agency employees will be able to determine "precisely what records are being requested." *Yeager v. DEA*, 678 F.2d 315, 322 (D.C. Cir. 1982). Similarly, an agency cannot reject a request on the grounds that a search would be burdensome. And the fact that a request may yield a great many responsive records is immaterial, so long as the agency can identify which records to produce. *Id*. As is the case with any FOIA or Privacy Act request, the official legal definition of a "record" is codified at 44 U.S.C. §3301. That is exactly the standard that applies here.

Moreover, the FOIA statute does not require a requester to know, much less provide, detailed, specific office or component descriptions for a FOIA request to be statutorily valid. As the D.C. Circuit has held, it is "inevitable that the party with the greatest interest in obtaining disclosure is at a loss to argue with desirable legal precision for the revelation of the concealed information." *Vaughn v. Rosen*, 484 F.2d 820, 823, 828 (D.C. Cir. 1973) (imposing a "substantial burden on an agency seeking to avoid disclosure" to alleviate this problem). Like almost all FOIA requesters, I am at an "informational disadvantage." *Judicial Watch, Inc. v. U.S. Dep't of Justice*, 57 F. Supp. 3d 48, 52 (D.D.C 2014).

Indeed, in my original FOIA request, I provided the topical names of the kinds of organizations about which I seek SSD records, including one specific group, the Youth Liberation Front, as well as a discreet timeframe. That data alone is more than sufficient for a preliminary search. Accordingly, my request more than adequately meet FOIA statutory requirements, and I respectfully ask that the Secret Service begin immediate processing of my request.

Sincerely,


Patrick G. Eddington
Research Fellow
Cato Institute
5106 Southampton Drive
Annandale, VA 22003
peddington@cato.org
571-215-3468 (cell)
https://www.cato.org/people/patrick-g-eddington



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, S.W., Building T-5
Washington, D.C. 20223

Date: October 13, 2020

Patrick Eddington
5106 Southhampton Drive
Annandale, VA 22003
Email: peddington@cato.org

File Numbers:  20201095

Dear Requester:

This letter is intended to acknowledge the receipt of your Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on September 23, 2020, for information pertaining to Secret Service intelligence reports (raw or finished intelligence products) that mention the following:

• Anarchists (either individuals, groups or "collectives")
• Anti-fascists (a.k.a. Antifa) (either individuals, groups or "collectives")
• Youth Liberation Front

The date range of this request is September 11, 2001 to the date of this request.

In our letter, dated September 29, 2020, we informed you that your request was too broad, and we sought more detailed information about the records requested.  We also informed you that records must be described, in reasonably sufficient detail, to enable Secret Service employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency.

Please be advised, after reviewing your request, this agency conducted a preliminary review of Secret Service record systems to identify the record system(s) most likely to contain responsive material.  The review indicated that given the breadth of subject matter, contained in the request, this Service would have to review thousands of the agency files in an attempt to identify and process those records responsive to the request.  The search and review process would encompass hundreds of thousands of pages of documents and electronic files.  The resources needed to undertake such a massive search would impede the operational progress of those responsible for conducting the search for responsive records.

In addition, please note that among other things the requested material contains significant amounts of first party information and techniques and procedures used by the Secret Service. The responsive materials would be heavily redacted. Its release would constitute an unwarranted invasion of personal privacy and/or expose critical Secret Service protective and security methodologies, which could compromise the safety of our protectees and the overall mission of the agency.

If you deem our decision an adverse determination, you may exercise your appeal rights. Should you wish to file an administrative appeal, your appeal should be made in writing and received within ninety (90) days of the date of this letter, by writing to: Freedom of Information Appeal, Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building T-5, Washington, D.C. 20223. If you choose to file an administrative appeal, please explain the basis of your appeal and reference the case number listed above.

Additionally, you have the right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Please note that contacting the Secret Service's FOIA Program and/or OGIS **is not** an alternative to filing an administrative appeal and **does not** stop the 90-day appeal clock. You may contact OGIS at: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001. You may also reach OGIS via e-mail at ogis@nara.gov, telephone at 202-741-5770/toll free at (877) 684-6448, or facsimile at (202) 741-5769.

If you need any further assistance, or would like to discuss any aspect of your request, please contact our FOIA Public Liaison, Kevin Tyrrell, at (202) 406-6370. Alternatively, you may send an e-mail to foia@usss.dhs.gov.

FOIA File No. 20201095 is assigned to your request. Please refer to this file number in all future communication with this office.

Sincerely,

Kevin L. Tyrrell
Freedom of Information Act Officer
Office of Intergovernmental & Legislative Affairs

VIA ELECTRONIC MAIL: foia@usss.dhs.gov

October 20, 2020

Freedom of Information Appeal
Deputy Director, U.S. Secret Service
Communications Center
245 Murray Lane, S.W., Building T-5
Washington, D.C. 20223.

Re: FOIA appeal regarding case 20201095

To the responsible FOIA officer:

The Service's October 13, 2020 response to FOIA File No. 20201095 (which seeks intelligence-related records on anarchists and Antifa individuals, groups or "collectives", as well as any report on the Youth Liberation Movement, between September 11, 2001 and the original date of my request) states in relevant part as follows:

> Please be advised, after reviewing your request, this agency conducted a preliminary review of Secret Service record systems to identify the record system(s) most likely to contain responsive material. The review indicated that given the breadth of subject matter, contained in the request, this Service would have to review thousands of the agency files in an attempt to identify and process those records responsive to the request. The search and review process would encompass hundreds of thousands of pages of documents and electronic files. The resources needed to undertake such a massive search would impede the operational progress of those responsible for conducting the search for responsive records.
>
> In addition, please note that among other things the requested material contains significant amounts of first party information and techniques and procedures used by the Secret Service. The responsive materials would be heavily redacted. Its release would constitute an unwarranted invasion of personal privacy and/or expose critical Secret Service protective and security methodologies, which could compromise the safety of our protectees and the overall mission of the agency.

As I stated in my previous response to the Service's September 29, 2020 interim response to me, to be valid, a request need only "reasonably describe" the records it seeks so that knowledgeable agency employees will be able to determine "precisely what records are being requested." *Yeager v. DEA*, 678 F.2d 315, 322 (D.C. Cir. 1982). Similarly, an agency cannot reject a request on the grounds that a search would be burdensome. And the fact that a request may yield a great many responsive records is immaterial, so long as the agency can identify which records to produce. *I*d. As is the case with any FOIA or Privacy Act request, the official legal definition of a "record" is codified at 44 U.S.C. § 3301. That is exactly the standard that applies here.

Indeed, in my original FOIA request, I provided the topical names of the kinds of organizations about which I seek SSD records, including one specific group, the Youth Liberation Front, as well as a discreet timeframe. Accordingly, my request more than adequately meet FOIA statutory requirements. However, in the spirit of comity, I am willing to rescope my request to focus on the following specific groups (while maintaining the September 11, 2001 to the date of this appeal time frame):

1. Anarchist People of Color Bloc
2. Anti-Capitalist Bloc of the Americas
3. Antifa (Portland, OR area)
4. Antifa International
5. Antifa Nebraska
6. Anti-Racist Action/Anti-Racist Action Network

7. Black Bloc Anarchists
8. Boston Indymedia
9. Chelsea East Boston Anti-Fascist Coalition
10. Chicago Independent Media Center
11. Columbus Anti-Racist Action
12. Community Arts & Media Project
13. Cosmopolitan Anti-Fascist Action (and affiliates/offshoots)
14. DCIndymedia.org
15. DC Welcoming Committee
16. General Defense Committee, Industrial Workers of the World (and affiliates/offshoots)
17. Green Mountain Anarchist Collective
18. Independent Media Center (IMC)
19. J20/DistruptJ20
20. J26 Anarchist Black Bloc
21. John Brown Gun Club (and affiliates/offshoots)
22. Kansas Mutual Aid Collective
23. Los Angeles Indymedia
24. LGBTQ Trigger Warning Gun Club (Rochester, NY)
25. Maoist Red Guards (Austin, TX)
26. Northeastern Federation of Anarchy-Communists
27. Philadelphia Anti-Racist Action
28. Portland Independent Media Center
29. Rochester Independent Media Center
30. Roundhouse Collective
31. San Francisco Bay Area Independent Media Center
32. South Side Chicago Anti-Racist Action
33. North-East Anti-Fascists (Boston, MA)
34. Pastel Bloc
35. Philly Antifa
36. Redneck Revolt
37. Rose City Antifa (Portland, OR)
38. Smash Racism DC
39. Torch Network
40. Urbana-Champaign Independent Media Center
41. Workers Defense Guard (Burlington, VT)
42. Youth Liberation Front (including affiliates/offshoots)

Having further rescoped my request, I respectfully ask that the Secret Service begin immediate processing of my request.

In order to help to determine my status to assess fees, you should know that I am a research fellow and scholar at the Cato Institute, an IRS-recognized 501(c)(3) nonprofit educational and public interest organization. As I am employed by an educational or noncommercial scientific institution, this request is made for a scholarly or scientific purpose and not for a commercial use. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest. I request a waiver of all fees for this request.

Whenever possible, please provide the requested information in electronic Portable Document Format (PDF). If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees. I would appreciate your communicating with me by email or telephone, rather than by mail. My email address is peddington@cato.org and my cell number is 571-215-3468.

Please provide expedited processing of this request which concerns a matter of urgency. As a Research Fellow, my job is disseminating information. The public has an urgent need for information about potential Secret Service monitoring of anarchists or Antifa elements in potential violation of the Fourth Amendment and the Supreme Court decision in *Brandenburg v. Ohio* (395 U.S. 444 (1969)). Federal government domestic surveillance activities are a source of media stories on literally a weekly basis, making this a very high-profile topic of intense public and Congressional interest.

As a Cato scholar, I meet the statutory definition of a "representative of the news media" per Cause of Action v. F.T.C., 799 F.3d 1108 (D.C. Cir. 2015) as Cato and its scholars (1) gather information of potential interest (2) to a segment of the public; (3) use editorial skills to turn the raw materials into a distinct work; and (4) distribute that work (5) to one or more audiences. Cato publishes a range of materials:

- Cato@Liberty blog: https://www.cato.org/blog

- Cato Commentary: https://www.cato.org/commentary which includes op-eds and articles written by Cato scholars and staff.

- Cato Publications: https://www.cato.org/publications which include a range of Policy Analysis papers, white papers, and other products.

- Cato Books: https://www.cato.org/archives/type/books the book publishing arm of the Cato Institute.

- Cato Multimedia: https://www.cato.org/archives/type/multimedia/category/9393 which features radio, television and podcast appearances by Cato scholars and staff.

Accordingly, I ask for expedited processing on that basis.

I certify that my statements concerning the need for expedited processing and fee waivers are true and correct to the best of my knowledge and belief. I look forward to your determination regarding my request for expedited processing within 10 calendar days, as the statute requires. Thank you for your assistance.

Sincerely,

Patrick G. Eddington
Research Fellow
Cato Institute
5106 Southampton Drive
Annandale, VA 22003
571-215-3468 (cell)
peddington@cato.org

Exhibit 7



U.S. Department of Homeland Security
UNITED STATES SECRET SERVICE

Washington, D.C. 20223

December 1, 2020

Patrick Eddington
5106 Southampton Drive
Annandale, VA 22003
Email: peddington@cato.org

Re:   Freedom of Information Act Appeal File Number 20201095

Dear Mr. Eddington:

I am writing in response to your Freedom of Information Act (FOIA) appeal regarding the above referenced file.

Your FOIA request sought nineteen years' worth[1] of U.S. Secret Service intelligence reports concerning anarchist and anti-fascist individuals and groups. In response, the agency's FOIA office determined that your request was overbroad and unreasonably burdensome.

In your appeal letter, you agreed to narrow your request to focus on certain specifically identified groups. Accordingly, a search for responsive documents can now be conducted. Your request will be returned to the Secret Service's FOIA office for further processing and a direct response to you.

Sincerely,

LEONZA NEWSOME III
Digitally signed by LEONZA NEWSOME III
Date: 2020.11.23 20:02:04 -05'00'

Leonza Newsome III
Deputy Director

---

[1] Specifically, you requested all responsive agency records dated between September 11, 2001, and the date of your FOIA request.

Exhibit 8



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date: March 22, 2022

Cato Institute
5106 Southhampton Drive
Annandale, VA 22003
Attention: Patrick Eddington
Email: peddington@cato.org

File Number:   20201095

Dear Requester:

Reference is made to your Freedom of Information Act (FOIA) request, originally submitted to the United States Secret Service (Secret Service) on September 23, 2020, for documents pertaining to Secret Service Intelligence Reports (raw or finished intelligence products) that mention the following:

1. Anarchist People of Color Bloc
2. Anti-Capitalist Bloc of the Americas
3. Antifa (Portland, OR area)
4. Antifa International
5. Antifa Nebraska
6. Anti-Racist Action/Anti-Racist Action Network
7. Black Bloc Anarchists
8. Boston Indymedia
9. Chelsea East Boston Anti-Fascist Coalition
10. Chicago Independent Media Center
11. Columbus Anti-Racist Action
12. Community Arts & Media Project
13. Cosmopolitan Anti-Fascist Action (and affiliates/offshoots)
14. DCIndymedia.org
15. DC Welcoming Committee
16. General Defense Committee, Industrial Workers of the World (and affiliates/offshoots)
17. Green Mountain Anarchist Collective
18. Independent Media Center (IMC)
19. J20/DistruptJ20
20. J26 Anarchist Black Bloc
21. John Brown Gun Club (and affiliates/offshoots)
22. Kansas Mutual Aid Collective
23. Los Angeles Indymedia
24. LGBTQ Trigger Warning Gun Club (Rochester, NY)
25. Maoist Red Guards (Austin, TX)

26. Northeastern Federation of Anarchy-Communists
27. Philadelphia Anti-Racist Action
28. Portland Independent Media Center
29. Rochester Independent Media Center
30. Roundhouse Collective
31. San Francisco Bay Area Independent Media Center
32. South Side Chicago Anti-Racist Action
33. North-East Anti-Fascists (Boston, MA)
34. Pastel Bloc
35. Philly Antifa
36. Redneck Revolt
37. Rose City Antifa (Portland, OR)
38. Smash Racism DC
39. Torch Network
40. Urbana-Champaign Independent Media Center
41. Workers Defense Guard (Burlington, VT)
42. Youth Liberation Front (including affiliates/offshoots)

(Date Range for Record Search: From 9/11/2001 To 10/20/2020).

In response to your FOIA request, the Secret Service FOIA Office has conducted a reasonable search for all potentially responsive documents.  The Secret Service FOIA Office searched all Program Offices that were likely to contain potentially responsive records, and records were located.

We are processing the responsive records identified in connection with that search. They will be processed in accordance with the Freedom of Information Act, 5 U.S.C. § 552 and sent to you upon completion.

As referenced in our initial response to you, due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  However, we are processing your request as expeditiously as possible.

Your request has been assigned FOIA File No. 20201095.  If you have any questions, would like to discuss this matter, or check the status of your request, please email this office at FOIA@usss.dhs.gov.

Please refer to the file number indicated above in all correspondence with this office.

Thank you,

Freedom of Information Act  Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Washington, DC 20223
Phone: (202) 406-6370
Fax: (202) 406-5586
Email: FOIA@USSS.DHS.GOV

## Fwd: ECD inquiry re: Cato FOIA 20201095 (Anarchist-Antifa groups)

From: PE-Cato <peddington@cato.org>
Date: March 29, 2022 at 4:02:47 PM
To: foia@usss.dhs.gov <foia@usss.dhs.gov>
Subject: ECD inquiry re: Cato FOIA 20201095 (Anarchist-Antifa groups)

To the SSD FOIA Office:

Please provide an estimated completion date for Cato FOIA 20201095 on Anarchist-Antifa groups.

With thanks,

Patrick G. Eddington
Senior Fellow
Cato Institute
5106 Southampton Drive
Annandale, VA 22003
peddington@cato.org
571-215-3468 (cell)
https://www.cato.org/people/patrick-g-eddington



# DEPARTMENT OF HOMELAND SECURITY
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, S.W., Building T-5
Washington, D.C. 20223

Date:    March 30, 2022

Cato Institute
5106 Southhampton Drive
Annandale, VA 22003
Attention: Patrick Eddington
Email: peddington@cato.org

File Number:   20201095

Dear Requester:

Reference is made to your recent email inquiry, submitted to the United States Secret Service (Secret Service) on March 29, 2022, requesting an estimated date of completion for your Freedom of Information Act (FOIA) request.

In our recent correspondence to you, dated March 22, 2022, we advised you that documents responsive to your request were forwarded to this office for processing and would be sent to you upon completion.

Additionally, we advised you that due to the increasing number of FOIA requests received by this office, we could encounter some delay in processing your request.

Please be advised, the search for documents responsive to your request produced a voluminous amount of potentially responsive records.  At this time, those documents are under review and processing.  This office is not able to provide an estimated date of completion.  Upon completion of the processing, and at the earliest possible date, all documents that can be released will be made available to you.

As the Secret Service FOIA Program diligently works to provide a final response to your request, we appreciate your patience and cooperation.

FOIA File No. 20201095 is assigned to your request. If you have any questions or would like to discuss this matter, please contact Secret Service's FOIA Public Liaison Kevin Tyrrell at, (202) 406-6370. Alternatively, you may email this office at FOIA@usss.dhs.gov.

Please refer to the file number in all correspondence with this office.

Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Washington, DC 20223
Phone: (202) 406-6370
Fax: (202) 406-5586
Email: FOIA@USSS.DHS.GOV